USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEENA COUSINS,

Plaintiff,

-against-

SMITH VALLEY FOODS, LLC.,

Defendant.

**ORDER**

**26-CV-1610 (VSB) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's certificates of service filed on July 15, 2026 and July 16, 2026. However, because the certificates are incomplete, Plaintiff is directed to refile them.

**The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.**

Dated: New York, New York
July 17, 2026

**SO ORDERED**.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge